Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E Mail: lado.legal@eeoc.gov

Nechole M. Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, NV 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094
E-Mail: nechole.garcia@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> CANDID LITHIO PRINTING, LTD, dba CANDID WORLDWIDE, fka BLUE OCEAN WORLDWIDE, and Does 1-5 Inclusive, <br><br> Defendants. | Case No.: 2:17-cv-02119-MMD-CWH <br><br> **STIPULATION AND ORDER TO VACATE THE EARLY NEUTRAL EVALUATION SESSION SET FOR JANUARY 10, 2018** |

Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff" or "EEOC") and Defendant Candid Lithio Printing, LTD ("Defendant"), by and through their respective counsel

of record, hereby request and stipulate that the Early Neutral Evaluation set in this matter for January 10, 2018 be vacated.

On November 21, 2017, this Court set an Early Neutral Evaluation for January 10, 2018 before Magistrate Judge Ferenbach. (ECF No. 8). The parties have subsequently reached partial settlement of this case and believe they will reach complete settlement by or before the January 10, 2018 Early Neutral Evaluation date. Therefore, the parties request that this Court vacate the January 10, 2018 Early Neutral Evaluation.

Dated: December 21, 2017

U.S. EQUAL EMPLOYMENT OPPURTUNITY COMMISSION

_/s/ Nechole Garcia_
Nechole Garcia
Nevada Bar No. 12746
333 Las Vegas Blvd. South, Suite 5560
Las Vegas, NV 89101
Attorney for Plaintiff U.S. EQUAL EMPLOYMENT OPPURTUNITY COMMISSION

Dated: December 21, 2017

JACKSON LEWIS, P.C.

_/s/ Elayna J. Youchah_
Elayna J. Youchah
Nevada Bar No. 5837
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Attorney for Defendant CANDID LITHIO PRINTING, LTD

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 12-22-2017

IT IS HEREBY ORDERED that a Joint Status Report is due on or before January 25, 2018.

Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Nechole Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Petitioner, <br><br> v. <br><br> CANDID LITHIO PRINTING, LTD, dba CANDID WORLDWIDE, fka BLUE OCEAN WORLDWIDE, and Does 1-5 Inclusive, <br><br> Defendants. | Case No. 2:17-cv-02119-MMD-CWH <br><br> **CERTIFICATE OF SERVICE** |

I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is U.S. Equal Employment Opportunity Commission, Las Vegas Local Office, 333 Las Vegas Boulevard South, Ste 5560, Las Vegas, NV 89101.

On the date that this declaration was executed, as shown below, I served the foregoing **STIPULATION AND [PROPOSED] ORDER TO VACATE THE EARLY NEUTRAL EVALUATION SESSION SET FOR JANUARY 10, 2018,** via the Case Management/Electronic Case Filing (CM/ECF) system to:

Elayna J. Youchah
Nevada Bar No. 5837
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
youchahe@jacksonlewis.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 21, 2017, at Las Vegas, NV.


                                            /s/ *Nechole Garcia*
                                            NECHOLE GARCIA